IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL F. LONG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:04-cv-85-JLF |
| | ) |
| KEVIN CRIPPS, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion to Compel filed by the defendants, Kevin Cripps, Jason Smith, Mark Rose, Claude B. Williams, and Gerald L. Benjamin on March 28, 2006 (Doc. 36). The motion is **GRANTED**.

On January 6, 2006, the defendants served various discovery requests on the plaintiff including a request for production of documents, two sets of interrogatories, and medical records release forms. The plaintiff failed to respond to these discovery requests and has failed to respond to this motion. Federal Rules of Civil Procedure 33(b)(3) and 34(b) provide that responses to interrogatories and request for production of documents must be served within 30 days of the request. The 30 days have long since elapsed and the plaintiff has offered no excuse for the failure to respond to the discovery requests.

The plaintiff **SHALL** respond to the outstanding discovery, without objection, and **SHALL** sign the medical records release forms by **May 31, 2006**. The plaintiff is **WARNED** that if he fails to comply with this order, sanctions, pursuant to Rule 37, may be issued including an order that would prevent the plaintiff from presenting, in response to a motion for summary judgment or at trial, evidence or material that he has failed to produce to the defendants.

In light of this order, the discovery deadline is **RESET** to **July 21, 2006** and the dispositive motion filing deadline is **RESET** to  **August 11, 2006.**

**DATED: May 8, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
