IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL F. LONG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:04-cv-85-WDS |
| KEVIN CRIPPS, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Court has certified this matter ready for trial. Still pending, however, is Plaintiff's motion for appointment of counsel (Doc. 63). That motion is **GRANTED**.

Wherefore, it is **ORDERED** that Christopher M. Donohoo of John J. Hopkins and Associates, 1120 South State Route 157, Suite 200, Edwardsville, IL 62025, is appointed to represent Plaintiff Daniel F. Long. This appointment is for the limited purpose of conducting the trial in this matter. There will be no further discovery requests without consent of the Court.

**DATED: December 28, 2007**

                                                        s/ *Donald G. Wilkerson*
                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**