# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL F. LONG, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| KEVIN CRIPPS, JASON SMITH, MARK ROSE, JOHN DOE, CLAUDE B. WILLIAMS, GERALD L. BENJAMIN and TOM UNKNOWN, | ) ) ) ) ) | CAUSE NO. 04-085 WDS |
| Defendants. | ) | |

## ORDER

Plaintiff Daniel F. Long and Defendants Kevin Cripps, Jason Smith, Mark Rose, Claude Williams, and Gerald Benjamin, having filed a joint motion to voluntarily dismiss with prejudice, due notice having been given, and the court otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED** that the parties' joint motion to voluntarily dismiss with prejudice is hereby **GRANTED** and this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: June 4, 2008.

s/ WILLIAM D. STIEHL
**DISTRICT JUDGE**